IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Case No. 13-cr-00005-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARTIN FLORES-MUNOZ;
a/k/a Juan Martin Flores-Munoz;
a/k/a Marco Sandoval-Martinez;
a/k/a Mario Sandoval,

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

      THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#11)** on March 8, 2013, by Defendant. The Court construes this Notice as a motion to change Defendant's plea and to have the Court consider the terms of the parties' plea agreement.

      **IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **May 22, 2013**, at **9:00 a.m.** and a Sentencing hearing is set for **August 19, 2013**, at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango jury divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

DATED this 15th day of March, 2013.

**BY THE COURT:**

Marcia S. Krieger
United States District Court